FILED _____ LODGED
_____ RECEIVED

February 1, 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY DEAN CRAIG, JR.,<br><br>Defendant. | NO. CR22-5026-RJB<br><br>**INFORMATION** |

The United States Attorney charges that:

### Count 1

### (Possession of Child Pornography)

In or about April 2021, in Pierce County, within the Western District of Washington, and elsewhere, LARRY DEAN CRAIG, JR., knowingly possessed matter that contained visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the depictions of child

INFORMATION
*United States v. Craig* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United State Code, Section 2252(a)(4)(B), (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to Title 18, United States Code, Section 2253(a). Upon conviction of the offense alleged in Count 1, the defendant LARRY DEAN CRAIG, JR. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property he used to commit or to facilitate his commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1). This property includes, but is not limited to:

a. One Samsung smartphone seized from the defendant on or about April 2021; and,

b. One red USB thumb drive seized from the defendant or about April 2021.

**Substitute Assets.** If any of the forfeitable property described above, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or,
e. has been commingled with other property which cannot be divided without difficulty;

///

INFORMATION
*United States v. Craig* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 1st day of February, 2022.

*Sarah Y. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

*s/ Matthew. P. Hampton for*

GRADY J. LEUPOLD
Assistant United States Attorney

*s/ Matthew P. Hampton*

MATTHEW P. HAMPTON
Assistant United States Attorney

INFORMATION
*United States v. Craig* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970